# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOWYLESS GLASPER, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-5897-CJB-SS** |
| **MATTHEW MORGAN, et al** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendants, Matthew Morgan and Anexus Insurance Services, for sanctions against the plaintiff, Lowyless Glasper, Sr. ("Glasper"), (Rec. Doc. 68) is GRANTED and Glasper's complaint is dismissed with prejudice for failure to prosecute and for failure to comply with the orders of the Court.

New Orleans, Louisiana, this 11th day of April, 2008.

_____
**UNITED STATES DISTRICT JUDGE**